POS-010

**CONFORMED COPY**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Eric Ridley (273702) <br> 567 W. Channel Islands Blvd #210, <br> Port Hueneme, CA 93041 <br><br> TELEPHONE NO.: 8052445291 <br> ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> WESTERN DIVISION OF CENTRAL DISTRICT <br><br> 312 N. SPRING STREET <br> LOS ANGELES, CA 90012 | |
| PLAINTIFF/PETITIONER:   JANICE KRUSCHEN <br> DEFENDANT/RESPONDENT: Vital Recovery Services, Inc. | CASE NUMBER: <br> ✓ CV-13-01808-JEM |
| PROOF OF SERVICE OF SUMMONS | SOP #:   1303269440 <br> File No.:   Kruschen Jan |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served (specify name of party as shown on documents served):

   Vital Recovery Services, Inc.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

   BECKY DEGEORGE
   FEMALE  CAUCASIAN   40 YRS      BROWN HAIR  BROWN EYES      5'05"      155 LBS
   CSS

4. Address where the party was served:
   LEXIS NEXIS DOCUMENT SOLUTIONS
   2710 GATEWAY OAKS DR #210
   SACRAMENTO, CA 95833

5. I served the party

   a. a. by personal service. I personally deliver the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) On (date): 03/28/13   (2) at (time): 01:41 PM

   (1) (business) a person at least 18 years of age aparently in charge at the office or usual place of business of the person served. I informed him or her the general nature of the papers.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010[Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, 417.10 <br> www.accesslaw.com |
|---|---|---|




| PLAINTIFF/PETITIONER: | JANICE KRUSCHEN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Vital Recovery Services, Inc. | CV-13-01808-JEM |

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. On behalf of (specify): Vital Recovery Services, Inc.
   under the following Code of Civil Procedure section:
   416.10 (corporation)

7. Person who served papers
   F. AGBOLI
   16700 Valley View Ave., Suite 440
   La Mirada, CA 90638
   (800) 225-5337

**CONFORMED COPY**

   d. The fee for service was: $ 39.00

   e. I am:

   (3) a registered California process server:
      (ii) Registration No.: 2010-74
      (iii) County:        SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/01/2013

F. AGBOLI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Signature: ***** ORIGINAL PROOF *****
**** SIGNED BY SERVER ****

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, 417.10
www.accesslaw.com

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Eric Ridley (273702) <br> 567 W. Channel Islands Blvd #210, <br> Port Hueneme, CA 93041 <br><br> TELEPHONE NO.: 8052445291 <br> ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> WESTERN DIVISION OF CENTRAL DISTRICT <br><br> 312 N. SPRING STREET <br> LOS ANGELES, CA 90012 | |
| PLAINTIFF/PETITIONER: JANICE KRUSCHEN <br> DEFENDANT/RESPONDENT: Vital Recovery Services, Inc. | CASE NUMBER: <br> CV-13-01808-JEM |
| PROOF OF SERVICE OF SUMMONS | SOP #: 1303269440 <br> File No.: Kruschen Jan |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served (specify name of party as shown on documents served):

   Vital Recovery Services, Inc.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

   BECKY DEGEORGE
   FEMALE  CAUCASIAN   40 YRS        BROWN HAIR  BROWN EYES      5'05"      155 LBS
   CSS

4. Address where the party was served:
   LEXIS NEXIS DOCUMENT SOLUTIONS
   2710 GATEWAY OAKS DR #210
   SACRAMENTO, CA 95833

5. I served the party

   a. a. by personal service. I personally deliver the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) On (date):  03/28/13   (2) at (time):  01:41 PM

   (1) (business) a person at least 18 years of age aparently in charge at the office or usual place of business of the person served. I informed him or her the general nature of the papers.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010[Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, 417.10 <br> www.accesslaw.com |
|---|---|---|

 

| PLAINTIFF/PETITIONER: | JANICE KRUSCHEN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Vital Recovery Services, Inc. | CV-13-01808-JEM |

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. On behalf of (specify): Vital Recovery Services, Inc.
      under the following Code of Civil Procedure section:
      416.10 (corporation)

7. Person who served papers

   F. AGBOLI
   16700 Valley View Ave., Suite 440
   La Mirada, CA 90638
   (800) 225-5337

   d. The fee for service was: $ 39.00

   e. I am:

      (3) a registered California process server:
         (ii) Registration No.: 2010-74
         (iii) County:         SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/01/2013

F. AGBOLI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
Server

Form Adopted for Mandatory Use
Judicial Council of California
POS-010[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Page 2 of 2

Code of Civil Procedure, 417.10
www.accesslaw.com