# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-1808 JEM | Date | June 18, 2013 |
|---|---|---|---|
| Title | JANICE KRUSCHEN v. VITAL RECOVERY SERVICE, INC. | | |

**Present: The Honorable**  JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Anthony | CS06/18/2013 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric D. Ridley, Esq. | Keith A. Yeomans, Esq. |
| Law Offices of Eric Ridley | Carlson & Messer LLP |

**Proceedings:**   **SCHEDULING CONFERENCE**

Counsel made their appearances. Court and parties confer re trial schedule and Rule 26 Disclosure Report.

The Court adopts and sets the following dates:

| | |
|---|---|
| Initial Disclosures | July 2, 2013 |
| Last day to amend pleadings or add parties: | October 7, 2013 |
| Expert Disclosures: | January 26, 2014 |
| Non-expert Disclosures: | February 9, 2014 |
| Expert Discovery cut-off: | March 9, 2014 |
| Motion Cut-off | April 6, 2014 |
| Final Pre-Trial Conference: | To be set at a later date |
| Trial: | To be set at a later date |

Parties should notify the court clerk if the case settles or if there is a likelihood that the case will settle.

cc: Parties

:  22

Initials of Preparer    sa