# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-1808 JEM / CV 13-1811 JEM | Date | October 2, 2013 |
| Title | JANICE KRUSCHEN v. VITAL RECOVERY SERVICE, INC. <br> SHARON KRUSCHEN v. VITAL RECOVERY SERVICE, INC. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | CS09/06/2013 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric D. Ridley, Esq. <br> Law Offices of Eric Ridley | Keith A. Yeomans, Esq. <br> Carlson & Messer LLP |

**Proceedings:** SCHEDULING CONFERENCE AND ORDER

Counsel made their appearances. Court and parties confer re trial schedule and Rule 26 Disclosure Report.

The Court addressed the parties oral request to consolidate two cases. CV 13-1808 JEM and CV 13-1811 JEM are now ORDERED consolidated. All future filings shall be made only in the lower-numbered case (CV 13-1808 JEM).

Therefore, the parties will now follow the Scheduling Order set on June 18, 2013 in CV 13-1808 JEM, with the exception of the following:

Final Pre-Trial Conference; and
Hearing on Motions in Limine:    July 8, 2014
Trial:                           July 29, 2014

Parties should notify the court clerk if the case settles or if there is a likelihood that the case will settle.

| | : | 12 |
|---|---|---|
| | Initials of Preparer | sa |