Eric D. Ridley (SBN: 273702)
Law Offices of Eric Ridley
567 West Channel Islands Boulevard, Suite 210
Port Hueneme, CA 93041
ridley.eric@gmail.com
t: (805) 244-5291
f: (888) 953-3884

Jeanne L. Zimmer (SBN: 123321)
ZimmerJ@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

Attorneys for Defendant
Vital Recovery Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janice Kruschen,<br><br>   Plaintiff,<br><br>vs.<br><br>Vital Recovery Services, Inc.,<br><br>   Defendant. | Case No.: 2:13-cv-01808-JEM<br><br>*Consolidated with*<br>*Case No.: 2:13-cv-01811-JEM*<br><br>**NOTICE OF SETTLEMENT** |
| Sharon Kruschen,<br><br>   Plaintiff,<br><br>vs.<br><br>Vital Recovery Services, Inc.,<br><br>   Defendant. | |

{00015575;1}

1

TO THE COURT, PARTIES AND THEIR ATTORNEYS:

**PLEASE TAKE NOTICE** that Defendant Vital Recovery Services, Inc. and Plaintiffs Janice Kruschen and Sharon Kruschen have agreed to settle the above-entitled matter. The parties anticipate that they will finalize the settlement and file a request to dismiss Defendant with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than 45 days from the date of this Notice. The parties request that the Court take off calendar all future hearing dates in this matter.

Dated: March 20, 2014      **Carlson & Messer LLP**

By: /s/ Keith A. Yeomans

Keith A. Yeomans

Attorneys for Defendant

Dated: March 20, 2014      **Law Offices of Eric Ridley**

By: /s/ Eric Ridley

Eric Ridley

Attorneys for Plaintiffs

{00015575;1}

2