# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janice Kruschen,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Vital Recovery Services, Inc.,<br><br>　　　　　Defendant. | Case no. 2:13-cv-01808-JEM<br><br>*Consolidated with*<br>*Case No: 2:13-cv-01811-JEM*<br><br>[PROPOSED] ORDER RE: STIPULATION TO DISMISS (FRCP 41(a)(1)(A)(ii) |
| Sharon Kruschen,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Vital Recovery Services, Inc.,<br><br>　　　　　Defendant. | |

　　The above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: May 30, 2014          */s/ John E. McDermott*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

{Stipulation to Dismiss_Prop Ord;1}

1